

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-20-00569-CV

**CITY OF SAN ANTONIO** by and through The San Antonio Water System,
Appellant

v.

**CAMPBELLTON ROAD, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13949
Honorable John D. Gabriel Jr., Judge Presiding

## ORDER

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice (not participating)
             Liza A. Rodriguez, Justice

Appellee's motion for rehearing is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court